UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TROY HOLIFIELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:06CV1460(MLM) |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court *sua sponte*.

In its prior Order [Doc. #4], the Court noted that, on its face, the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 appeared to be time barred. Before dismissing the action, however, the Court gave petitioner an opportunity to explain why he was unable to file his § 2254 petition within the applicable time limit. Specifically, petitioner was directed to file a statement of the reasons he was unable to timely file his § 2254 within thirty days of the date of the prior order. Petitioner was warned that if he failed to file his statement within the time allowed, then his § 2254 action would be dismissed. More than thirty days have passed and petitioner has still not complied with the Court's prior order.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

Dated this 11th day of <u>June</u>, 2007.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**